# Supreme Court of Wisconsin

| | |
|---|---|
| CASE No.: | 2024AP1179-D |

| | |
|---|---|
| COMPLETE TITLE: | In the Matter of Disciplinary Proceedings Against Paul E. Overson, Attorney at Law: |
| | Office of Lawyer Regulation, |
| |       Complainant, |
| |    v. |
| | Paul E. Overson, |
| |       Respondent. |

DISCIPLINARY PROCEEDINGS AGAINST OVERSON

| | |
|---|---|
| OPINION FILED: | September 20, 2024 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | |

| | |
|---|---|
| SOURCE OF APPEAL: | |
|   COURT: | |
|   COUNTY: | |
|   JUDGE: | |

| | |
|---|---|
| JUSTICES: | |

Per curiam.

| | |
|---|---|
| ATTORNEYS: | |

**2024 WI 35**

NOTICE

**This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.**

No. 2024AP1179-D

STATE OF WISCONSIN : IN SUPREME COURT

In the Matter of Disciplinary Proceedings
Against Paul E. Overson, Attorney at Law:

Office of Lawyer Regulation,

      Complainant,

  v.

Paul E. Overson,

      Respondent.

**FILED**

**SEP 20, 2024**

Samuel A. Christensen
Clerk of Supreme Court

---

ATTORNEY disciplinary proceeding. *Attorney's license suspended.*

¶1 PER CURIAM. The Office of Lawyer Regulation (OLR) and Attorney Paul E. Overson have filed a stipulation pursuant to Supreme Court Rule (SCR) 22.12 that Attorney Overson's license to practice law in Wisconsin be suspended for 30 days as discipline reciprocal to that imposed by the Supreme Court of Minnesota. Upon our review of the matter, we accept the stipulation and suspend Attorney Overson's license to practice

law in Wisconsin for a period of 30 days. Because the parties were able to resolve this matter without the need for appointment of a referee, no costs will be imposed.

¶2 Attorney Overson was admitted to practice law in Wisconsin in 2018. He is also admitted to practice law in Minnesota. On August 31, 2020, the Minnesota Office of Lawyers Professional Responsibility filed a Petition for Disciplinary Action against Attorney Overson. On February 23, 2024, the Supreme Court of Minnesota ordered that Attorney Overson's license to practice law in Minnesota be suspended for a minimum of 30 days for knowingly making a misleading statement to a court during a hearing and subsequently failing to correct his misleading statement.

¶3 On June 18, 2024, the OLR filed a complaint and motion alleging that Attorney Overson was subject to reciprocal discipline by virtue of the suspension of his law license in Minnesota pursuant to SCR 22.22. The OLR also alleged that Attorney Overson violated SCR 22.22(1) by failing to notify OLR of the suspension of his Minnesota license to practice law within 20 days of the effective date.

¶4 On July 25, 2024, Attorney Overson and the OLR filed a stipulation agreeing that by virtue of his Minnesota suspension, he is subject to reciprocal discipline in Wisconsin. Attorney Overson agrees that it would be appropriate for this court to suspend his Wisconsin law license for a period of 30 days. The parties state that the stipulation did not result from plea bargaining. Attorney Overson does not contest the facts and

misconduct alleged by the OLR, and he agrees to the level of discipline sought by the OLR. Attorney Overson also represents and verifies that he fully understands his rights to contest the OLR's allegations of medical incapacity, to see and cross-examine witnesses called by the OLR, to call witnesses and present testimony and evidence on his own behalf, to require the OLR to prove its allegations by clear, satisfactory and convincing evidence, and to make arguments to the referee that the OLR has failed to meet its burden of proof. In addition, Attorney Overson states that he fully understands the ramifications of his entry into the stipulation, that he has the right to consult counsel, and that his entry into the stipulation is made knowingly and voluntarily.

¶5 Upon review of the matter, we accept the stipulation. In cases of reciprocal discipline, SCR 22.22(3) requires this court to impose "the identical discipline" as that imposed by the other jurisdiction unless one or more exceptions are met. Attorney Overson does not claim that any of the exceptions apply here. Because the Supreme Court of Minnesota imposed a 30-day suspension of Attorney Overson's license to practice law, a 30-day suspension of Attorney Overson's license to practice law in Wisconsin constitutes "the identical discipline" in this case. Because this matter was resolved by stipulation without the need for appointment of a referee, no costs are imposed.

¶6 IT IS ORDERED that the license of Attorney Paul E. Overson to practice law in Wisconsin is suspended for a period of 30 days, effective October 21, 2024.

3